IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01765-MSK-MJW

ESTEBAN CABRERA,

Plaintiff,

v.

STEVEN-ROBERT ORIGINALS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (Docket No. 12) is GRANTED for good cause shown. The is Amended Complaint (Docket No. 15) accepted for filing as of the date of this order.

It is FURTHER ORDERED that defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Docket No. 7) is DENIED WITHOUT PREJUDICE since it is directed at the initial Complaint which is no longer extant.

Date: September 4, 2013